Teodoro Julio Gonzalez
Reg 76304-004
N.E.O.C.C.
2240 Hubbard Road
Youngstown, OH 44505

FILED by _____ D.C.

MAY 17 2010

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

Sean Paul Cronin and Jeffrey H. Sloman
Assistant United States Attorney and Acting United States Attorney
400 N. Miami Avenue
Miami, FL 33128

Re: Case No.: 05-20-946-CR MORENO

Before The Honorable Sean Paul Cronin and Jeffrey H. Sloman,

    I humbly come before you, Mr. Sean Paul Cronin, under a recommendation, which was made in good faith, by the honorable Judge Federico Moreno. Please be advised that I am writing to you today not just on my behalf, but also on behalf of my family, asking that you please consider my eligibility for early release from prison. rule (35)

    I was arrested in Dic of 2005, and convicted a year later for grand theft of the third degree. I have currently served 4 years in prison and though originally angered by the outcome, my time here has helped changed the way that I see myself in a way that no other experience could have. I am feeling optimistic of everything I can be as a functioning, independent, and honest member of society, but more importantly, everything I can be as a father, a son, and if I'm lucky, even a husband.

    I understand there would be concerns of potential public safety, but after completing courses on Proper Parenting, Anger Management, Substance Abuse Education among others (Exib 1), I have eagerly put everything I learned into practice and will continue to do so. I have strived to maintain impeccable conduct during my sentence and even supported the rehabilitation of other inmates.

    I look forward to focusing on work, learning English, and doing my part to contribute to society by any community service deemed appropriate... Perhaps beautification projects in the park my daughter actively plays sports in.

    My eldest daughter's mother, a respected dialysis technician and a close friend of mine, is committed to helping me find work as a handyman upon my release; a job I've enjoyed very much in the past. My mother is also very excited about my living in her home located at 5740 S.W. 3rd Street in Miami, FL 33144, as she is partly disabled and needs the help of her son.

    I have attached a report sent by FBI Special Agent, Ms. Amanda Moran (Exib 2).



I stand before you as a man who deeply regrets his dishonestly and wrongdoing. I have sworn to myself, my family, and my community that I will never injure another physically, fiscally, or otherwise ever again. Thank you for your time and your consideration.

## Certificate of Service

I hereby do certify that a true and correct copy of this pleading was mailed to: Office of the Clerk, 400 N. Miami Avenue, Miami, FL 33128, by placing it in the Federal Prison legal mailbox with sufficient first class postage done this ___7___ day of May, 2010.

I hereby do certify that pursuant to penalty of perjury title 28 U.S.C. 1746 that on this ___7___ day of May, 2010, I signed and mailed this document via the Federal Bureau of Prisons legal Mail System.

Respectfully submitted,

MAY - 7 - 2010

Teodoro J. Gonzalez
Reg 76304-004
N.E.O.C.C.
2240 Hubbard Road
Youngstown, OH 44505

# CORRECTIONS CORPORATION OF AMERICA

## NORTHEAST OHIO CORRECTIONAL CENTER

THIS CERTIFIES THAT

Teodoro Gonzalez

Has successfully completed the required course of study in the
40 hour Substance Abuse Program and is therefore awarded this

# CERTIFICATE OF ACHIEVEMENT

Given this 4th day of December, 2009

_____
Substance Abuse Counselor

_____
Assistant Warden



ATTACHMENT / EXHIBIT

# CORRECTIONS CORPORATION OF AMERICA

## NORTHEAST OHIO CORRECTIONAL CENTER

THIS CERTIFIES THAT

# TEODORO GONZALEZ

# CERTIFICATE OF ACHIEVEMENT

Has successfully completed the required course of study in the
40 hour Self Improvement Program, That included Motivation, Anger Management,
Communication skills, and Parenting classes. Therefore awarded this

Given this 5th day of March, 2010

_Janes Watson_
Substance Abuse Counselor

_signature_
Assistant Warden





# Certificate of Achievement

This certifies that

## Teodoro Julio Gonzalez

has satisfactorily completed

### Commercial Driver's License (CDL)

Consisting of __20__ Hours of Training

This certificate is hereby issued this __25th__ day of __November__, 20 08

Upon completion of this class, the student will be able too Define who need a commercial license. Define safe driving practices. Know the procedures to use for extreme driving conditions. Explain who can drive a vehicle hauling hazardous materials.



M. Waldron
ACE Coordinator

Education Department
FCI Marianna
Marianna, Florida



# Mavis Beacon Teaches Typing

## Version 16

### Certificate of Accomplishment

20 Program Hours



## Teodoro Gonzalez

Date of Completion
(4/14/08)

Regena R. Herring, Vocational Training Instructor/Coordinator

Ginger Lewis, Supervisor of Education

FCI Marianna Education Department

# Certificate of Completion

awarded to:

## Teodoro Gonzalez



who has completed Geography of the Adult Continuing Education classes and is therefore entitled to this certificate. Presented at FCI Edgefield, South Carolina.

April 1, 2009



T. Kepner Supervisor of Education



B. Kelly, ACE Coordinator

# Certificate of Completion

awarded to:

## Teodoro Gonzalez

who has completed Political Science of the Adult Continuing
Education classes and is therefore entitled to this certificate.
Presented at FCI Edgefield, South Carolina.

April 1, 2009

V. Kepner, Supervisor of Education

B. Kelly, ACE Coordinator

# Certificate of Completion

presented to

## Mr. Teodoro Gonzalez

for successfully completing the

### Beginning Harmonica Class

Sponsored by FCI Marianna's Recreation Department

This Twenty-Third day of September Two Thousand Eight

_____
Program Coordinator

# Certificate of Completion

awarded to:

## Teodoro Gonzalez

who has completed Navigation of the Adult Continuing Education classes and is therefore entitled to this certificate. Presented at FCI Edgefield, South Carolina.

April 1, 2009



_V. Kepner, Supervisor of Education_

_B. Kelly, ACE Coordinator_

# Certificate of Completion

awarded to:

## Teodoro Gonzalez

who has completed Stock Broker of the Adult Continuing Education classes and is therefore entitled to this certificate. Presented at FCI Edgefield, South Carolina.

April 1, 2009

_V. Kepner, Supervisor of Education_

_B. Kelly, ACE Coordinator_

EXHIBIT # 2

Sean,

The following is the information that Teodoro Julio Gonzalez has
provided to us, per the request of his attorney, Juan Morin.

Please call if you have any questions regarding the information.

1. Along with the assistance of his sister, Gonzalez provided
information which led to the arrest of <u>two</u> individuals who were
practicing dentistry illegally w/o licenses. I have the police report
on one of the incidents, but not the other. With the sister's
cooperation, the investigators were able to introduce an undercover
agent and a covert operation was executed (MDPD case number
070118032778).

2. Gonzalez provided information regarding a grow house *Aleman* and the
information was passed on to DEA Agent Guillermo (sp). He can be
reached at 305-796-3274. The operation resulted in the recovery of <u>69</u>
plants, with a street value of approximately $120,000. It also  *89*
resulted in the arrest of one individual on charges of possession and
distribution.

3. Gonzalez returned stolen merchandise that was in the Dominican
back to the United States and it was returned to the victim company.
Pyle Pyramid had been the victim of a warehouse burglary and Gonzalez
had purchased the stolen merchandise and subsequently shipped it out
of the country. According to inventory done by Pyle Pyramid, the
returned merchandise was valued at approximately $25,000.

4. Gonzalez provided information that helped lead to arrest of an
fugitive that was living in the Dominican Republic. I spoke to the
arresting agent in the case and verified the information, although I
can not remember who I spoke with. Gonzalez's attorney can provide
the name of the agent in the Dominican who worked the arrest.

5. Early in his incarceration, Gonzalez had heard information that an
individual set for a bond hearing was actually planning on fleeing
the country. Det. Isidoro Martinez was called to testify for the
prosecution that the subject was planning on fleeing. Due to this
information, the subject remained in custody. Det. Martinez can be
reached at 786-367-1097 for more information.

6. Gonzalez's attorney mentioned that Gonzalez provided more information regarding the whereabouts of another fugitive in the Miami area. Upon talking to Det. Martinez regarding the issue, he advised that another agency actually arrested the subject/fugitive, but he was not sure if the information used to arrest the subject was from Gonzalez or not. Again, he can be reached at the above listed number.

Please feel free to call me with questions.

Thanks again,

Amanda Moran
Amanda Moran
954-553-0551

1   arrested, I have told nothing but the truth.  At no point

2   have I ever lied.  On several occasions, I have spoken to

3   Detective Isadora Martinez, and I have given him all the

4   correct information.  I haven't been able to provide him

5   with the information on the warehouse because all I did was

6   the buy, so...

7           THE COURT:  I didn't understand warehouse.

8           THE DEFENDANT:  And I am in agreement to clarify

9   anything that needs to be clarified regarding my case and

10  whatever else I can cooperate with.  I apologize to you and

11  to Your Honor for this whole situation that happened.

12          THE COURT:  All right.  After having heard from

13  all parties including the defendant, having read and

14  reviewed the presentence investigation report, it is now

15  the Court's obligation to sentence the defendant in

16  accordance with 18 U.S.C. section 3553(a) which includes

17  the numerous factors in there including the guideline

18  range, the available sentences, the nature and

19  circumstances of the offense, the need for the sentence to

20  reflect the seriousness of the offense, promote respect for

21  the law, provide just punishment for the offense and

22  provide the defendant with needed medical care.

23          In considering all those factors, I think a

24  sentence within the guidelines in this particular case is

25  appropriate.  As far as the defendant's cooperation, I can

consider that within the guidelines. And that's why I think a sentence that is not at the top of the guidelines is appropriate because he has cooperated.

I can understand the government's position and I do not judge what has happened at any debriefings because I haven't been part of it. And it's not part of the sentence in this particular case. Cooperation is something that either yields a 5K1 motion or rule 35 or does not yield.

I can understand, however, the prosecutor saying, you know, the defendant has been candid about others because we have been able to see that or even a state prosecutor has seen that, but he's not that forthcoming about himself because that's what happened, that's why it took three hearings for the guilty plea. So for whatever reason, I can understand the prosecutor saying that, though I do not know. But that will not inure either to the detriment or to the benefit of the defendant.

I'm not considering the cooperation. If you cooperate, the prosecutor has to be satisfied. He files a piece of paper, and then I can give you a reduced sentence. The prosecutor says you got to be more truthful about what you did in this case. It's up to you. You say you have. He says you haven't. You want the benefit of that, you got to talk to him and come clean as they say in English. That's up to you. It's not up to me.

| OBTS Number | ☒ Felony ☐ Misdemeanor ☐ Traffic ☐ Juvenile ☐ Warrant | Jail No. | PD 0701 18032778 |
|---|---|---|---|

| IDS No. | Agency Code 30 | Municipal P.D. Def. IC No. | MDPD Records and ID No. | Court Case No. |
|---|---|---|---|---|

| DEFENDANT'S NAME Last HERRERA First OSAMNY Middle | DOB mo/day/yr 04 / 06 / 1965 | Sex M | Race W | Ethnic | Height 5'5" | Weight 175 | Hair BLK | Eyes BRN |
|---|---|---|---|---|---|---|---|---|

| LOCAL ADDRESS Street 948 SOUTHWEST 71ST AVE | City MIAMI | State FL | Zip 33182 | Phone | Alias |
|---|---|---|---|---|---|

| PERMANENT ADDRESS SAME AS ABOVE Street | City | State | Zip | Phone | Address Source ☐ Verbal ☐ Voter's I.D. ☒ Driver's License ☐ Other |
|---|---|---|---|---|---|

| BUSINESS ADDRESS Street | City | State | Zip | Phone | Occupation | Place of Birth CUBA |
|---|---|---|---|---|---|---|

| DRIVER'S LICENSE NO. H660-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 State FL | Social Security No. 594-87-816 | Scars, Tatoos, Unique Physical Features NONE VISIBLE |
|---|---|---|

| Weapon Seized? ☐ Yes ☐ No Type 0 1 2 2 | Arrest Date mo/day/yr 2007 | Arrest Time 1225 ☐ A.M. ☒ P.M. | 948 SOUTHWEST 71ST AVE | GRID |
|---|---|---|---|---|

| If Def. has Concealed Weapons Permit. PERMIT # W- | For Robbery, Burglary, F/A Viol: Suspected History of drug involvement? ☐ Yes ☐ No | No. Cases Cleared 1 | Influence of Drugs ☐ Yes ☒ No ☐ Unk. | Influence of Alcoh. ☐ Yes ☒ No ☐ Unk. | Citizenship USA | Resid. Type ☐ City ☒ Dade ☐ Florida ☐ Out of State |
|---|---|---|---|---|---|---|

| CO-DEFENDANTS 1. Last N/A First Middle | DOB mo/day/yr / / | ☐ In Custody ☐ Felony ☐ Juvenile ☐ At Large ☐ Misdemeanor |
|---|---|---|

| 2. Last N/A First Middle | DOB mo/day/yr / / | ☐ In Custody ☐ Felony ☐ Juvenile ☐ At Large ☐ Misdemeanor |
|---|---|---|

| CODE DRUG ACTIVITY N. N/A P. Possess | S. Sell B. Buy T. Traffic | R. Smuggle D. Deliver E. Use | K. Dispense/ Distribute O. Other | M. Manufacture/ Produce/ Cultivate | DRUG TYPE N. N/A A. Amphetamine | B. Barbiturate C. Cocaine E. Heroin | H. Hallucinogen M. Marijuana O. Opium/Deriv. | P. Paraphernalia/ Equipment S. Synthetic | U. Unknown Z. Other |
|---|---|---|---|---|---|---|---|---|---|

SIGNAL: ☐ 100 ☐ 150 ☐ 200 ☐ 250 ☐ 300 ☐ 400

| CHARGES | Activity | Type | Counts | STATUTE | D.V. | ☐AC ☐CAPIAS ☐BW ☐FW ☐PW ☐CIT# | VIOLATION OF SECT. |
|---|---|---|---|---|---|---|---|
| 1. UNLICENSED PRACTICE OF DENTISTRY | N | N | 1 | 466.026(1)(A) | | | |
| 2. POSS. OF LEGEND DRUGS W/INTENT TO DISPENSE. | P | Z | 1 | 499.0051(6) | | | |
| 3. | | | | | | | |
| 4. | | | | | | | OF THE CODE OF MIAMI-DADE |

The undersigned certifies and swears that he has just and reasonable grounds to believe, and does believe that the above named Defendant

On the 22 day of January 2007 At 1225 ☐ A.M. ☒ P.M. (Time) 948 SOUTHWEST 71ST AVE (RESIDENCE)

PURSUANT TO INFORMATION RECEIVED FROM AN ANONYMOUS SOURCE INDICATING THAT THE

committed the following violation of law: Narrative; (Be specific) _____

DEFENDANT MR. OSMANY HERRERA WAS PRACTICING DENTISTRY ILLEGALLY AT HIS RESIDENCE. AN UNDERCOVER OPERATION

WAS INITIATED ON THE ABOVE DATE AND TIME. DET. A. GODOY, (ID#2822) , WHILE WORKING IN AN UNDERCOVER CAPACITY THE

DET. RESPONDED TO ABOVE LOCATION FOR A SCHEDULED CONSULTATION WITH THE DEFENDANT. ONCE AT THE LOCATION, DET.

GODOY MADE CONTACT WITH THE DEFENDANT AT WHICH TIME HE ESCORTED DETECTIVE GODOY INTO AN EXAMINING ROOM

ONCE INSIDE DETECTIVE GODOY OBSERVED A MAKE SHIFT DENTAL ROOM EQUIPPED WITH A DENTAL CHAIR AND X-RAY MACHINE

AND OTHER VARIOUS TYPES OF DENTAL EQUIPMENT . THE DEFENDANT PREPARED HIMSELF FOR THE EXAMINATION

PAGE 1 OF 2

| Hold for Other Agency Agency _____ Verified by _____ | ☐ HOLD FOR BOND HEARING. DO NOT BOND OUT (Officer Must Appear at Bond Hearing). | ☐ I understand that should I willfully fail to appear before the court as required by this notice to appear that I may be held in contempt of court and a warrant for my arrest shall be issued. Furthermore, I agree that notice concerning the time, date, and place of all court hearings could be sent to the above address. I agree that it is my responsibility to notify Clerk of the Court (Juvenile notify Family Division Juvenile Section) anytime that my address changes. |
|---|---|---|

I Swear that the above Statement is correct and true to the best of my knowledge and belief.

Officer's Name (Print) M. REICHE

Sworn to and subscribed before me, the undersigned authority, this _____ day of _____

☐ You need not appear in court, but must comply with the instructions on the reverse side hereof.

| Officer's Signature MIAMI-DADE | 3704 | 52 |
|---|---|---|
| Department Name | Court ID Number/Loc. Code | |

Deputy of the Court or Notary Public

Signature of Defendant / Juvenile and Parent or Guardian

32.02.09-9 Rev. 2/99

OFFICER'S COPY

| OBTS Number | ☒ Felony ☐ Misdemeanor ☐ Traffic ☐ Juvenile ☐ Warrant | | | Jail No. | | Police Case No. PD 070118032778 |
| IDS No. | Agency Code 30 | | Municipal P.D. Def. ID No. | MDPD Records and ID No. | | Court Case No. |

| DEFENDANT'S NAME    Last         First         Middle | | | | DOB mo/day/yr | | |
| HERRERA        OSAMNY | | | | 04   06  /  1965 | | |

| ADDITIONAL CHARGES | Activity | Type | Counts | STATUTE | ☐ AC ☐ CAPIAS ☐ BW ☐ FW ☐ PW ☐ CIT # | VIOLATION OF SECT. |
|---|---|---|---|---|---|---|
| 5. | | | | | | |
| 6. | | | | | | |
| 7. | | | | | | |
| 8. | | | | | | OF THE CODE OF |

BY PLACING LATEX GLOVES ON BOTH HANDS AND FACE SHIELD. AT THIS TIME FOR OFFICER SAFETY THE TAKE DOWN

SIGNAL WAS GIVEN BY DETECTIVE GODOY AND THE DEFENDANT WAS SUBSEQUENTLY PLACE UNDER ARREST.

POST MIRANDA THE DEFENDANT STATED HE HAS BEEN PRACTICING DETISTRY FOR EIGHT MONTHS AND NEVER HAD A

PROBLEM WITH ANY OF HIS CLIENTS.

DURING A CONSENSUAL SEARCH SEVERAL LEGEND DUGS WERE FOUND.

THE FLORIDA DEPARTMENT OF HEALTH ISSUED A CERTIFICATE ON NON-LICENSURE STATING THE DEFENDANT IS NOT

AND HAS NEVER BEEN LICENSED TO PRACTICE DENTISTRY IN THE STATE OF FLORIDA.

PAGE 2 OF 2

Hold for Other Agency

Agency _____ Verified by _____

I Swear that the above Statement is correct and true to the best of my knowledge and belief.

M. REICHE

Officer's Name (Print)

Officer's Signature

3704 , 52

Department Name        Court ID Number/Loc. Code

32.02.09-9A   Rev. 3/99

☐ HOLD FOR BOND HEARING. DO NOT BOND OUT. (Officer Must Appear at Bond Hearing.)

Sworn to and subscribed before me, the undersigned authority, this _____ day _____ of _____

Deputy of the Court or Notary Public

**OFFICER'S COPY**

I understand that should I willfully fail to appear before the court as required by this notice to appear that I may be held in contempt of court and a warrant for my arrest shall be issued. Furthermore, I agree that notice concerning the time, date, and place of all court hearings should be sent to the above address. I agree that it is my responsibility to notify Clerk of the Court (Juveniles notify Family Division Juvenile Section) anytime that my address changes.

☐ You need not appear in court, but must comply with the instructions on the reverse side hereof.

Signature of Defendant / Juvenile and Parent or Guardian

# COMPLAINT/ARREST AFFIDAVIT

**POLICE CASE NO.** PD 070313135405

OBTS NUMBER

SPECIAL OPERATION: ☑FELONY ☐MISD ☐TRAFFIC ☐JUV ☐DV ☐MOVES ☐CIV NF ☐WARRANT  FUGITIVE WARRANT: ☐In state ☐Out of state

JAIL NO.

PMHD ☐Yes ☑No ☐Unknown

COURT CASE NO.

IOB NO.

AGENCY CODE 30   MUNICIPAL P.D. DEF. ID NO.

MDPD RECORDS AND ID NO.

STUDENT ID NO.

GANG ACTIVITY RELATED ☐ ARREST  FRAUD RELATED ☐ ARREST

**DEFENDANT'S NAME (LAST, FIRST, MIDDLE)**  ALVAREZ , JESUS

ALIAS and / or STREET NAME

SIGNAL: ☐100 ☐150 ☐200 ☐300 ☐400 ☐500

DOB (MM/DD/YYYY) 10/12/1953   AGE 53   RACE W   SEX M   ☐Hispanic ☑Not Hispanic ETHNICITY:   HEIGHT 5'8   WEIGHT 200   HAIR COLOR GRY   HAIR LENGTH SHORT   HAIR STYLE SHORT   EYES GR   GLASSES ☐Yes ☑No   FACIAL HAIR NONE   TEETH NORM   CUB

SCARS, TATTOOS, UNIQUE PHYSICAL FEATURES (Location, Type, Description) NONE VISIBLE

PLACE OF BIRTH (City, State/Country) CUBA

LOCAL ADDRESS (Street, Apt. Number) 230 NW 57 AVE APT# 3   (City) MIAMI   (State) FL   (Zip) 33123   PHONE ( 305 ) 266-3624   CITIZENSHIP CUBA

PERMANENT ADDRESS (Street, Apt. Number) SAME AS ABOVE   ☐HOMELESS ☐UNKNOWN   (City)   (State/Country)   (Zip)   PHONE ( )   OCCUPATION DENTIST

☐ BUSINESS   OR   ☐ SCHOOL NAME AND ADDRESS   (Street) NONE   (City)   (State/Country)   (Zip)   PHONE ( )   ADDRESS SOURCE: ☐ DL ☐ Verbal ☐

DRIVER'S LICENSE NUMBER / STATE  A 416-420-53-372-0   SOCIAL SECURITY NO. 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   WEAPON SEIZED? Type ☐ Yes ☑ No   If DW, has Concealed Weapons Permit, PERMIT # W-   INDICATION OF: Y N Unk  Alcohol Influence ☐ ☐ ☐  Drug Influence: ☐ ☐ ☐

ARREST DATE (MM/DD/YYYY) 03/13/2007   ARREST TIME (HH:MM) 545   ARREST LOCATION (include name of business) 230 NW 57 AVE APT# 3   GRID 1300

CO-DEFENDANT NAME (Last, First, Middle)
1.   DOB (MM/DD/YYYY)   ☐ IN CUSTODY ☐ FELONY ☐ JUVENILE ☐ AT LARGE ☐ DV ☐ MISDEMEANOR

CO-DEFENDANT NAME (Last, First, Middle)
2.   DOB (MM/DD/YYYY)   ☐ IN CUSTODY ☐ FELONY ☐ JUVENILE ☐ AT LARGE ☐ DV ☐ MISDEMEANOR

CO-DEFENDANT NAME (Last, First, Middle)
3.   DOB (MM/DD/YYYY)   ☐ IN CUSTODY ☐ FELONY ☐ JUVENILE ☐ AT LARGE ☐ DV ☐ MISDEMEANOR

JUV only ☐ Parent ☐ Guardian ☐ Foster Care   (Name)   (Street, Apt. Number)   (City)   (State/Country)   (Zip)   (Phone) ( )   Contacted? ☐ Yes ☐ No

| CHARGES | CHARGE AS | COUNTS | FL STATUTE NUMBER | VIOL/ OF SECT | CODE OF | UCR | DV | WARRANT TYPE OR TRAFFIC CITATION |
|---|---|---|---|---|---|---|---|---|
| 1. UNLICENSED PRACTICE OF DENTISTRY | ☑M.s. ☐ ORD | 1 | 466.026(1)(A) | | | | | ☐AC ☐CAPIAS ☐DW ☐FW ☐PW ☐JUV PU ☐AW ☐DW ☐WRIT CASE #: |
| 2. | ☐ F.S. ☐ ORD | | | | | | | ☐AC ☐CAPIAS ☐DW ☐FW ☐PW ☐JUV PU ☐AW ☐DW ☐WRIT CASE #: |
| 3. | ☐ F.S. ☐ ORD | | | | | | | ☐AC ☐CAPIAS ☐DW ☐FW ☐PW ☐JUV PU ☐AW ☐DW ☐WRIT CASE #: |
| 4. | ☐ F.S. ☐ ORD | | | | | | | ☐AC ☐CAPIAS ☐DW ☐FW ☐PW ☐JUV PU ☐AW ☐DW ☐WRIT CASE #: |

The undersigned certifies and swears that he/she has just and reasonable grounds to believe, and does believe that the above named Defendant committed the following violation of law.

On the 13 day of MARCH, 20 07, at 4:05 (HH:MM) at   230 NW 57 AVE APT# 3   (Location, include name of business)   (Narrative, be specific)

PURSUANT TO INFORMATION RECEIVED FROM A CONFIDENTIAL SOURCE INDICATING THAT THE DEFENDANT MR. JESUS ALVAREZ WAS PRACTICING DENTISTRY ILLEGALLY AT THE APARTMENT. AN UNDERCOVER OPERATION WAS INITIATED ON THE ABOVE DATE AND TIME DET. GODOY (2822) WHILE WORKING IN AN UNDERCOVER CAPACITY RESPONDED TO THE ABOVE LOCATION FOR A SCHEDULED CONSULTATION WITH THE DEFENDANT. ONCE AT THE LOCATION DET. GODOY MADE CONTACT WITH THE DEFENDANT THE DEFENDANT INVITED DET. GODOY TO SIT IN THE LIVING ROOM SOFA. THE DEFENDANT BEGAN TO EXAMINE DET. GODOY AND ASKED HER ABOUT HER PAST DENTAL MEDICAL HISTORY. THE DEFENDANT GAVE DET. GODOY A DIAGNOSIS AND REFERRED HER TO A DENTAL CLINIC IN [ ]. THE DEFENDANT THEN ADVISED DET. GODOY HE WOULD GIVE HER A FOLLOW UP EXAMINATION WITH THE XRAYS IN ORDER TO OBTAIN THE CORRECT DIAGNOSIS.

HOLD FOR OTHER AGENCY   Name:

VERIFIED BY

☐ HOLD FOR BOND HEARING, DO NOT BOND OUT (Complete State before of Bond Hearing).   SWORN TO AND SUBSCRIBED BEFORE ME, THE UNDERSIGNED AUTHORITY THIS ___ DAY OF ___

☐ I understand that should I wilfully fail to appear before the court as required by this notice to appear that I may be held in contempt of court and a warrant for my arrest shall be issued. Furthermore, I agree that notices concerning the time, date, and place of all court hearings should be sent to the above address. I agree that it is my responsibility to notify Clerk of the Court (Juvenile Division) anytime that my address changes.
☐ You need not appear in court, but should comply with the instructions on the reverse side hereof.

I SWEAR THAT THE ABOVE STATEMENT IS TRUE AND CORRECT.

OFFICER'S / COMPLAINANT'S SIGNATURE   N. RICHE   NAME (Printed)

3704 (52)   COURT ID NUMBER/AOC. CODE   MDPD   AGENCY NAME

Signature of Defendant / Juvenile and Parent or Guardian

32.02.09-0   Rev. 05/00

2

COMPLAINT/ARREST AFFIDAVIT
CONTINUATION

| OBTS NUMBER | | | | | POLICE CASE NO. | |
| JAIL NO. | | | | COURT CASE NO. | PD 070313135405 | |
| IDS NO. | | AGENCY CODE 30 | MUNICIPAL P.D. DEF. ID NO. | | MDPD RECORDS AND ID NO. | |

DEFENDANT'S NAME (LAST, FIRST, MIDDLE)

**ALVAREZ , JESUS**

DOB (MM/DD/YYYY) **10/13/1953**

| ADDITIONAL CODEFENDANT NAME (Last, First, Middle) | | DOB (MM/DD/YYYY) | |
| 4. | | | ☐ IN CUSTODY ☐ FELONY ☐ JUVENILE / ☐ AT LARGE ☐ DV ☐ MISDEMEANOR |
| ADDITIONAL CODEFENDANT NAME (Last, First, Middle) | | DOB (MM/DD/YYYY) | |
| 4. | | | ☐ IN CUSTODY ☐ FELONY ☐ JUVENILE / ☐ AT LARGE ☐ DV ☐ MISDEMEANOR |

| ADDITIONAL CHARGES | CHARGE AS. | COUNTS | FL STATUTE NUMBER | VIOL. OF SECT | CODE OF | UCR | DV | WARRANT TYPE OR TRAFFIC CITATION |
| 5. | ☐ F.S. ☐ ORD | | | | | | | ☐AC ☐CAPIAS ☐BW ☐FW ☐PW ☐JUV PU ☐AW ☐DVW ☐WRIT CASE #: |
| 6. | ☐ F.S. ☐ ORD | | | | | | | ☐AC ☐CAPIAS ☐BW ☐FW ☐PW ☐JUV PU ☐AW ☐DVW ☐WRIT CASE #: |
| 7. | ☐ F.S. ☐ ORD | | | | | | | ☐AC ☐CAPIAS ☐BW ☐FW ☐PW ☐JUV PU ☐AW ☐DVW ☐WRIT CASE #: |
| 8. | ☐ F.S. ☐ ORD | | | | | | | ☐AC ☐CAPIAS ☐BW ☐FW ☐PW ☐JUV PU ☐AW ☐DVW ☐WRIT CASE #: |

DEFENDANT WAS ALLOWED TO DRIVE OUT OF THE AREA, AT WHICH TIME AN INVESTIGATION STOP WAS CONDUCTED. DEFENDANT WAS GIVEN HIS MIRANDA RIGHTS PER FORM BY DET. RODRIGUEZ BADGE #3411 WHICH HE READ AND SIGNED. DEFENDANT ALSO SIGNED A CONSENT TO SEARCH FORM. POST MIRANDA DEFENDANT ADMITTED HE WOULD EXAM APPROXIMATELY THREE TO FOUR PATIENTS A WEEK. HE FURTHER STATED HE WOULD PRODUCE DENTURES FOR DIFFERENT PATIENTS.

CONSENT TO SEARCH REVEALED SEVERAL DENTAL TOOLS, SYRINGES, AND OTHER MISCELLANEOUS DENTAL EQUIPMENT CONSISTENT WITH THE PRACTICE OF DENTISTRY.

THE FLORIDA DEPARTMENT OF HEALTH ISSUED A CERTIFICATE OF NON- LICENSURE STATING THAT THE DEFENDANT IS NOT AND HAS NEVER BEEN LICENSED TO PRACTICE DENTISTRY IN THE STATE OF FLORIDA.

DEFENDANT WAS THEN TRANSPORTED TO TGB NORTH VIA TGK

RE-FILE SET FOR MARCH 26,2007 WITH ASA PORTMAN AT 11:00 P.M

PAGE 2 OF 2

| HOLD FOR OTHER AGENCY | VERIFIED BY | ☐ HOLD FOR BOND HEARING, DO NOT BOND OUT (ON OR UNTIL AFTER 1st Bond Hearing) | I understand that should I wilfully fail to appear before the court as required by this notice to appear that I may be held in contempt of court and a warrant for my arrest shall be issued. Furthermore, I agree that notice concerning the time, date, and place of all court hearings should be sent to the above address. I agree that it is my responsibility to notify Clerk of the Court (Juvenile Division) anytime that my address changes. |
| Name: | | | |
| I SWEAR THAT THE ABOVE STATEMENT IS TRUE AND CORRECT. | 3704 (52) | SWORN TO AND SUBSCRIBED BEFORE ME, THE UNDERSIGNED AUTHORITY THIS DAY OF | You need not appear in court, but must comply with the instructions on the reverse side hereof. |
| OFFICER / COMPLAINANT'S SIGNATURE M McKECHIE | COURT ID NUMBER/LOC. CODE MDPD | | |
| NAME (Printed) | AGENCY NAME | | Signature of Defendant / Juvenile and Parent or Guardian |

02.09.0 Rev. 05/06

3




Clerk of Courts
11th Judicial Circuit of Florida
Miami-Dade County

## Criminal Justice and Civil Infraction Cases

## COURT CASE: F07005206

State Case#: 132007CF0052060001XX  Name: MONTERO, ROBERTO  DOB: 05/24/1971
Date Filed: 02/12/2007  Date Closed: 00/00/0000  Warrant Type: AC
Hearing Date:  Hearing Time:  Hearing Type:
Courtroom: REGJB-JUSTICE BUILDING, ROOM#:2-7
Address: 1351 N.W. 12 ST
Next Case:
Previous Case:
Judge: WARD, DIANE
Defense Attorney:
Bfile Section: F013  File Location: FILE ROOM  Box Number: -

| Seq# | Charge | Charge Type | Disposition |
|------|--------|-------------|-------------|
| 1 | CANN/SELL/MAN/DEL | FELONY | |
| 2 | CANNABIS/POSN/20+ | FELONY | NO ACTION |

New Search          Dockets          Additional Info

printer friendly


# FW: INTERNATIONAL FUGITIVE ARREST-DOMINICAN REPUBLIC

1 message

---

**Filo, Ron (USMS) <Ronald.Filo@usdoj.gov>**
To: aviance23@gmail.com

Tue, Apr 15, 2008 at 1:44 PM

---

Madam,

The enclosed memo generally outline's the cooperation/ assistance provided by Teodoro GONZALEZ's reference the fugitive investigation and arrest of Ceasar FRANCISCO.  Please note the attachment as it contains a press release from our office in Santo Domingo, Dominican Republic, concerning the arrest of FRANCISCO.  Hopefully, this information  will prove to be useful to you.


Respectfully,


RONALD G. FILO

DUSM, S/FL-Miami

(954) 658-0986



Mr. Cronin,


I just wanted to advise you that defendant Teodoro GONZALEZ provided substantial assistance to me on the fugitive case of Ceasar FRANCISCO (03-20367-CR-Gold—Bulk currency smuggling & 04-20644-CR-Gold--Bond Jump indictment).  As you will note in the attached document, FRANCISCO was arrested in Boca Canasta Bani, Dominican Republic, on 03/14/2007.


On 02/06/2007, I interviewed Mr. GONZALEZ at the U.S. Courthouse here in Miami.  Defendant GONZALEZ stated that he knew Ceasar FRANCISCO because they both had been hiding out in the Dominican Republic during the same time period.  GONZALEZ provided me with timely and precise information concerning the whereabouts of fugitive Ceasar FRANCISCO.  This information enabled the U.S. Marshal Service to pinpoint FRANCISCO's location in the Dominican Republic and to subsequently arrest him.  FRANCISCO will be deported to the United States on 03/20/2007 to serve a sentence for his original charge.  Additionally, he is facing a bonding jumping charge.  Without Mr. GONZALEZ's assistance, it is highly unlikely that this fugitive would have been located and apprehended in the Dominican Republic.


I understand that Mr. GONZALEZ is presently working with the government on a number of on-going matters so any motion for a Rule 35 on his behalf would be premature at this juncture.  Nonetheless, I just wanted to advise you that GONZALEZ basically handed us this fugitive.  In terms of a fugitive investigation, his assistance could not have been much more substantial.  Please contact me should you require any additional information concerning this matter.

...tfully,

RONALD G. FILO

DUSM, S/FL-Miami

Desk: (305) 536-4661

Cell: (954) 658-0986

-----Original Message-----
**From:** Fernandez, Ernesto (USMS)
**Sent:** Wednesday, March 14, 2007 2:05 PM
**To:** Filo, Ron (USMS)
**Cc:** Godsk, Joe (USMS)
**Subject:** FW: INTERNATIONAL FUGITIVE ARREST-DOMINICAN REPUBLIC

-----Original Message-----
**From:** Sanchez, Robert (USMS)
**Sent:** Wed 3/14/2007 1:49 PM
**To:** Schield, Jim (USMS); Feeney, John (USMS); DiCroce, Martine (USMS); Eastwood, Lance (USMS); Layne, Harry (USMS); HQ-ISD-1811s (USMS)
**Cc:** JRivera2
**Subject:** INTERNATIONAL FUGITIVE ARREST-DOMINICAN REPUBLIC

INTERNATIONAL FUGITIVE ARREST - DOMINICAN REPUBLIC

---

**International Fugitive Arrest - DRFO- FRANCISCO.doc**
25K

DRFO Arrest Report

**International Arrest Report, Dominican Republic, USMS, S/FL:** On 03/14/2007, U.S. Citizen, Cesar FRANCISCO was arrested at Boca Canasta, Bani in the Dominican Republic by members of the Direccion Nacional Control de Drogas (DNCD) Fugitive Task Force, through coordinated efforts with ISD-Dominican Republic Field Office (DRFO). FRANCISCO is wanted by the District of Southern Florida for money laundering. The investigation revealed that on April 26, 2003, FRANCISCO filed a flight plan from Opalocka Airport, Miami-Dade County, Florida for Santo Domingo, Dominican Republic at the airport's control tower and Federal Aviation Administration in Miami. FRANCISCO did not declare any items through United States Customs. FRANCISCO was the pilot of a twin-engine Beechcraft and was the sole occupant. At the time FRANCISCO was inside the aircraft preparing to take off when Customs service approached the airplane. FRANCISCO got out of his plane and started to walk away when US Customs agents stopped him. A search of the airplane revealed a duffel bag hidden in a maintenance compartment which contained the amount of USD$132,212.00 in small denominations. FRANCISCO was arrested at the time and subsequently released on bail. Cesar FRANCISCO failed to appear in court. Intelligence information placed FRANCISCO in the Dominican Republic. Cesar FRANCISCO is presently incarcerated awaiting an immigration hearing to determine when he will be deported to the United States.

# U.S. District Court
## Southern District of Florida (Miami)
### CRIMINAL DOCKET FOR CASE #: 1:04-cr-20644-ASG-1

Case title: USA v. Francisco

Date Filed: 08/27/2004

---

Assigned to: Judge Alan S. Gold

**Defendant**

**Caesar Francisco (1)**
*TERMINATED: 07/20/2007*

represented by **Faith Mesnekoff**
Federal Public Defender's Office
150 W Flagler Street
Suite 1700
Miami, FL 33130-1556
305-530-7000X106
Fax: 305-536-4559
Email: faith_mesnekoff@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender Appointment*

**Pending Counts**

18:3146.F FAILURE TO APPEAR
(1)

**Disposition**

Imprisonment for five months in the instant
case and forty-one months in docket no. 03-
20367-CR-GOLD, all to be served
consecutively; three years of supervised
release, to run concurrently with term
imposed in docket no. 03-20367-CR-GOLD;
$100.00 assessment

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

---

**Plaintiff**

USA

represented by **Cristina V. Maxwell**
United States Attorney's Office

Filo - 954 - 658 - 0986

Josue
786 512 3749

DEPARTMENT OF JUSTICE
UNITED STATES MARSHAL'S
SERVICE



*Josue L. Almada*
DEPUTY U.S. MARSHAL

301 N MIAMI AVE PHONE:_____
MIAMI, FL 33128_____