UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-20946-CR-MORENO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

TEODORO JULIO GONZALEZ,

        Defendant.
_____/

### ORDER GRANTING MOTION TO WITHDRAW and DENYING MOTION TO REDUCE SENTENCE

THIS CAUSE came before the Court upon defendant's motion to withdraw **[D.E. #79]** motion to reduce sentence under Rule 35 **[D.E. #76]** and the Court being fully advised in the premises, it is

ORDERED and ADJUDGED that said motion to withdraw is **GRANTED** and the motion to reduce is **DENIED as withdrawn.**

DONE and ORDERED in Miami-Dade County Florida, this 23 day of September, 2010.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All counsel of record

Teodoro Julio Gonzalez
#76304-004
NEOCC
2240 Hubbard Rd.
Youngstown, OH 44505