UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-20946-CR-MORENO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TEODORO JULIO GONZALEZ,

    Defendant.
_____/

## ORDER DENYING MOTION TO SET ASIDE FORFEITURE OF APPEARANCE BONDS

THIS CAUSE came before the Court upon defendant's motion to set aside and/or remit forfeiture of appearance bonds **[D.E. #77]** and the Court being fully advised in the premises, it is

ORDERED and ADJUDGED that said motion is **DENIED.**

DONE and ORDERED in Miami-Dade County Florida, this 23rd day of September, 2010.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All counsel of record

Teodoro Julio Gonzalez
#76304-004
NEOCC
2240 Hubbard Rd.
Youngstown, OH 44505