UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-20946-CR-MORENO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

TEODORO JULIO GONZALEZ,

        Defendant.
_____/

## ORDER DENYING MOTION FOR DISCLOSURE OF GRAND JURY MATTER

THIS CAUSE came before the Court upon defendant's motion for entry of an order authorizing disclosure of grand jury matter **[D.E. #78]** and the Court being fully advised in the premises, it is

ORDERED and ADJUDGED that said motion is **DENIED** as the Court lacks jurisdiction. The defendant pled guilty on November 7, 2006 and was sentenced on January 30, 2007.

DONE and ORDERED in Miami-Dade County Florida, this ___ day of September, 2010.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All counsel of record

Teodoro Julio Gonzalez
#76304-004
NEOCC
2240 Hubbard Rd.
Youngstown, OH 44505