UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-20946-CR-MORENO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TEODORO JULIO GONZALEZ,

    Defendant.
_____/

## ORDER DENYING MOTION TO COMPEL

THIS CAUSE came before the Court upon defendant's motion to compel the government to file a Rule 35(b) motion for reduction of sentence, or for reduction of sentence based on defendant's substantial assistance. **[D.E. #80]** and the Court being fully advised in the premises, it is

ORDERED and ADJUDGED that said motion is **DENIED** for lack of jurisdiction.

DONE and ORDERED in Miami-Dade County Florida, this 22 day of September, 2010.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All counsel of record

Teodoro Julio Gonzalez
#76304-004
NEOCC
2240 Hubbard Rd.
Youngstown, OH 44505