UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 05-20946-CR-MORENO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TEODORO JULIO GONZALEZ,

    Defendant.
_____/

**ORDER DENYING CERTIFICATE OF APPEALABILITY**

THIS CAUSE came before the Court upon Appellant's Notice of Appeal (**D.E. No. 86**), filed on **October 7, 2010**.

The Court treats Appellant's Notice of Appeal as a Motion for a Certificate of Appealability. Appellant's motion for a certificate of appealability is DENIED because appellant has failed to make a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c)(2).

DONE AND ORDERED in Chambers at Miami, Florida, this 13th day of October, 2010.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Clerk's Office Appeals Section

Counsel of Record